No. 99–9923.  RICHARDSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 99–9926.  MCVEAN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–9928.  MERCER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–9929.  JAMES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–9930.  WILSON v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 99–9931.  WALKER v. NEAL, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 99–9932.  MCDOWALL v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–9933.  RECKER v. LEONARD, WARDEN.  Sup. Ct. Ohio. Certiorari denied.

No. 99–9934.  RENOIR v. WILSON, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA.  C. A. 4th Cir.  Certiorari denied.

No. 99–9935.  SHARMA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–9936.  KHUN v. POWELL.  C. A. 9th Cir.  Certiorari denied.

No. 99–9937.  MERCER v. SCIBANA, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–9938.  MOILANEN v. SONDALLE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 99–9939.  MANESS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–9940.  BURGESS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.